1
2
3
4
5

6                              UNITED STATES DISTRICT COURT

7                                     DISTRICT OF NEVADA

8                                              * * *

9  UNITED CAPITAL FINANCIAL           )
   ADVISERS, INC.,                    )
10                                    )          2:12-CV-0300-LRH-PAL
              Plaintiff,              )
11                                    )
   v.                                 )          ORDER
12                                    )
   CAPITAL INSIGHT PARTNERS, LLC; et al., )
13                                    )
              Defendants.             )
14 _____)

15      Before the court is plaintiff United Capital Financial Advisers, Inc.'s ("United Capital")

16 motion to seal certain exhibits in support of its motion for a preliminary injunction (Doc. #5[1]).

17 Doc. #6.

18      A party seeking to file materials under seal bears the burden of showing that the materials

19 are covered by an operative protective order or are also deserving of confidentiality. *See Foltz v.*

20 *State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2005). Specifically, a party must

21 "articulate compelling reasons supported by specific factual findings that outweigh the general

22 history of access and the public policies favoring disclosure." *Kamakana, City and County of*

23 *Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (internal citations omitted).

24      Here, United Capital has put forth compelling reasons for sealing the requested documents,

25

26 _____
   [1] Refers to the court's docket number.

namely, that these documents contain third-party personal client information. The court finds that United Capital has met its burden and shall grant its motion accordingly.

IT IS THEREFORE ORDERED that plaintiff's motion to seal (Doc. #6) is GRANTED.

IT IS SO ORDERED.

DATED this 10th day of April, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE