1

2

3

4 **UNITED STATES DISTRICT COURT**

5 **DISTRICT OF NEVADA**

6

7 UNITED CAPTIAL FINANCIAL ADVISORS,　　　)
　　　　　　　　　　　　　　　　　　　　　　)
8 　　　　　　　　　　　　Plaintiff,　　　)　　Case No. 2:12-cv-00300-LRH-PAL
　　　　　　　　　　　　　　　　　　　　　　)
9 vs.　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)　　　　　**ORDER**
10 CAPITAL INSIGHT PARTNERS, et al.,　　　)
　　　　　　　　　　　　　　　　　　　　　　)　　(Substitution of Counsel - Dkt. ##39, 40, 41)
11 　　　　　　　　　　　　Defendants.　　　)　　　　　(Stip to Extend - Dkt. #42)
　　　　　　　　　　　　　　　　　　　　　　)
　　　───────────────────────────────────

12

13　　　　This matter is before the court on three Motions to Substitute Attorneys (Dkt. ##39, 40, 41).

14 The first Motion (Dkt. #39), filed May 3, 2012, seeks to substitute Michael A. Olsen in the place and

15 stead of Michael V. Infuso as counsel for Defendant Suzanne Youles.  The second Motion (Dkt. #40),

16 filed May 4, 2012, seeks to substitute Albert G. Marquis and David T. Duncan in the place and stead of

17 Michael V. Infuso as counsel for Defendant Capital Insight Partners.  The third Motion (Dkt. #41) seeks

18 to substitute Randal D. Shimon and Curtiss S. Chamberlain in the place and stead of Michael V. Infuso

19 as counsel for Defendant Vicki Gilman.

20　　　　LR IA 10-6(c) requires that any stipulation to substitute attorneys shall be by leave of court and

21 shall bear the signature of the attorneys and the client represented.  It provides that the signature of an

22 attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial

23 proceedings, for trial or hearing, by the discovery plan, or in any court order."  LR IA 10-6(d) also

24 provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings,

25 discovery, the trial, or any hearing in this case."  Plaintiff filed its Complaint (Dkt. #1) on February 24,

26 2012.  Defendants' have filed a Stipulation (Dkt. #42), seeking to extend their answer deadline until

27 May 21, 2012, based on these substitutions.

28　　　　Having reviewed and considered the matter,

1      **IT IS ORDERED:**

2      1.      Defendant Youles' Motion to Substitute (Dkt. #39) Michael A. Olsen in the place and

3              stead of Michael V. Infuso is GRANTED.

4      2.      Defendant Capital Insight Partners' Motion to Substitute (Dkt. #40) Albert G. Marquis

5              and David T. Duncan in the place and stead of Michael V. Infuso is GRANTED.

6      3.      Defendant Vicki Gilman's Motion to Substitute (Dkt. #41) Randal D. Shimon and

7              Curtiss S. Chamberlain in the place and stead of Michael V. Infuso is GRANTED.

8      4.      The parties' Stipulation to Extend Time (Dkt. #42) is GRANTED.  Defendants shall file

9              a responsive pleading no later than May 21, 2012.

10     Dated this 9th day of May, 2012.

11                                                    _____
                                                      PEGGY A. LEEN
12                                                    UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28