UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED CAPITAL FINANCIAL ADVISERS, INC., a Delaware corporation, | ) ) ) | 2:12-CV-00300-LRH-PAL |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| CAPITAL INSIGHT PARTNERS, LLC, an Arizona limited liability company; SUZANNE YOULES; and VICKI GILMAN, | ) ) ) ) | June 28, 2012 |
| Defendants. | ) ) | |

PRESENT: THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):        NONE APPEARING

COUNSEL FOR DEFENDANT(S):        NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

Before the court is Plaintiff's Motion for Redaction of Transcript of March 29, 2012 hearing on Plaintiff's Motion for Preliminary Injunction (#52)[1].  Good cause appearing,

IT IS ORDERED THAT the transcript of the March 29, 2012 hearing regarding Plaintiff's Motion for Preliminary Injunctions shall be SEALED.

IT IS FURTHER ORDERED that Plaintiff shall file a redacted copy of the March 29, 2012 transcript pursuant to their Motion for Redaction (#52).

LANCE S. WILSON, CLERK

By:    /s/
Deputy Clerk

---

[1] Refers to court's docket number.